ERIC GRANT
United States Attorney
ZACHARY A. JAYOUSI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2870
Facsimile: (916) 554-2900

Attorneys for Defendant David P. Steiner,
Postmaster General of the United States
Postal Service

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEITORE COATES,<br><br>Plaintiff,<br><br>v.<br><br>DAVID STEINER,<br><br>Defendant. | CASE NO. 2:26-cv-01783-DC-AC<br><br>**[~~PROPOSED~~] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>Local Rule 233 |

Defendant David Steiner, Postmaster General of the United States Postal Service, filed a motion under Local Rule 233 for administrative relief seeking an extension of time to respond to Plaintiff's Complaint.

GOOD CAUSE APPEARING, and by stipulation of the parties, the Court hereby GRANTS Defendant's administrative motion. Defendant shall respond to Plaintiff's Complaint by December 28, 2026.

IT IS SO ORDERED.

DATED: November 3, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE